**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ANDREW J. PALMER,**

***Petitioner*,**

**v.** **Case No.: 5:26cv184-MW/ZCB**

**STATE OF FLORIDA, et al.,**

***Respondents*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's case is **DISMISSED without prejudice** for Petitioner's failure to comply with an Order of this Court." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**